UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANIL KUMAR, | Case No. 1:26-cv-0616-DC-JDP |
| Petitioner, | |
| v. | ORDER |
| CHRISTOPHER CHESTNUT, *et al.*, | |
| Respondent, | |

On January 29, 2026, the court converted petitioner's motion for a temporary restraining order to a motion for a preliminary injunction and granted it. ECF No. 8. The court also referred the matter to me for further proceedings. *Id.*

Still pending is respondents' motion to dismiss, ECF No. 7. Petitioner may file an opposition to respondents' motion within seven days. If petitioner files an opposition, respondents may file a reply within seven days. If petitioner does not file an opposition by this deadline, the matter will be deemed submitted.

1

Accordingly, it is hereby ORDERED that petitioner may file an opposition to respondents' motion within seven days.  If petitioner files an opposition, respondents may file a reply within seven days.  If petitioner does not file an opposition by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.

Dated:   February 27, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE